IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  05-cv-01029-PSF-CBS

TERENCE WEST,

    Plaintiff,

v.

SEAGATE TECHNOLOGY INC., a/k/a Seagate Technology, LLC,

    Defendant.

## ORDER GRANTING DISMISSAL WITH PREJUDICE

THE COURT, having reviewed the parties' Joint Stipulation for Dismissal With Prejudice (Dkt. # 11), and being fully informed on the issues, hereby ORDERS as follows:

The above-referenced case is hereby DISMISSED with prejudice.  Each party shall pay his or its own costs, attorneys' fees and expenses.

DATED: October 26, 2005

                                                        BY THE COURT:

                                                        s/ Phillip S. Figa
                                                        _____
                                                        Phillip S. Figa
                                                        United States District Judge